# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| EMMIE JONES, as Parent and Guardian of MJ, a minor,<br><br>         Plaintiff,<br><br>v.<br><br>FAIRBANK RECONSTRUCTION CORP.,<br><br>         Defendant. | )<br>)<br>)<br>)<br>)<br>)  Docket no. 2:11-cv-437-GZS<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## PROCEDURAL ORDER & ORDER TO SHOW CAUSE

In light of the Suggestion of Bankruptcy filed by Defendant Fairbank Reconstruction Corp. (Docket # 34), the Court hereby CANCELS the Conference set for April 19, 2012. In accordance with 11 U.S.C. § 362, all claims against Fairbank Reconstruction Corp. are STAYED.

If either remaining party believes this action should not or cannot continue to be maintained as to Plaintiff's claims against Defendant Greater Omaha Packing Company (GOPAC), that party is hereby ORDERED TO SHOW CAUSE on or before April 27, 2012 as to the basis for staying further proceedings on the remaining claims. See Austin v. Unarco Industries, Inc., 705 F.3d 1, 4-5 (1st Cir. 1983) (holding that the automatic stay provisions of 11 U.S.C. § 362(a) "apply only to the bankrupt debtor" and not to "solvent co-defendants").

The Court will review any submissions made in response to this Order to Show Cause and then determine whether to lift this Court's March 1, 2012 stay of Scheduling Order deadlines (Docket # 32) and how to proceed with any motions that have not been withdrawn and remain pending.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 5th day of April, 2012.