**UNITED STATES DISTRICT COURT**
**DISTRICT OF MAINE**

| | |
|---|---|
| EMMIE JONES, as Parent and<br>Guardian of MJ, a minor,<br><br>                    Plaintiff,<br><br>v.<br><br>FAIRBANK RECONSTRUCTION CORP.<br>et al,<br><br>                    Defendants. | )<br>)<br>)<br>)<br>)   Docket no. 2:11-cv-437-GZS<br>)<br>)<br>)<br>)<br>)<br>) |

**PROCEDURAL ORDER & ORDER TO SHOW CAUSE**

Pursuant to the Court's April 25, 2012 Order (ECF No. 38), the parties have filed three separate responses to the Order to Show Cause.  All of the responses indicate that the issue of lifting the automatic stay remains pending before the Bankruptcy Court and will be determined on June 15, 2012 or shortly thereafter.  Thus, there remains uncertainty as to whether this matter will proceed with one or two defendants.  As a result, it remains unclear whether the Court would allow Fairbank to proceed with a cross-claim against GOPAC when the claims that serve as the basis for such a cross-claim are stayed.  Obviously, a decision to lift the automatic stay would readily resolve these issues.

Under these circumstances, the Court believes that it would be an inefficient use of judicial resources (and the parties' own resources) to move forward with motion practice or discovery regarding Plaintiff's claims against GOPAC.  Rather, the Court has determined that staying this entire matter until June 19, 2012 will hopefully allow for resolution of Fairbank's status in this case.

Therefore, this entire case shall be STAYED pending further order of this Court.  The parties are hereby ORDERED to provide the Court with another status update on or before June 19, 2012.  Upon review of those reports, the Court will determine how the case should proceed.

SO ORDERED.

/s/ George Z. Singal
United States District Judge

Dated this 14th day of May, 2012.