EXHIBIT B



# American Fresh Foods
### "The Best In Fresh ... Ground Beef"

FORMERLY FAIRBANK FARMS, 5151 FAIRBANK ROAD, ASHVILLE, NY 14710
Tel (716) 782-2000 - Fax (716) 782-2900

REMIT TO
BOX #3271
P.O. BOX 8500
PHILADELPHIA, PA 19178-3271

| SHIPPING & INVOICE NO. | 30236 |
|---|---|
| INVOICE DATE: | 9/17/2009 |
| CUSTOMER'S ORDER NO. | 63989 |

**SOLD TO**
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844

**SHIP TO (Same as "Sold To" Unless Indicated)**
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844
(978) 794-9477

| ACCOUNT NUMBER | SALESMAN | SHIPPED DATE & VIA | PPD | COL | TERMS |
|---|---|---|---|---|---|
| AFA04F1170 | MANAGEMENT | J&M 9/17/2009 | | | NET 7 DAYS |

| PRODUCT DESCRIPTION | QUANTITY CASES | POUNDS | Price | Extension |
|---|---|---|---|---|
| 030077-61 SHAW'S 75/25 GR. BEEF 1# | 16.00 | 302.80 | 1.69 | 511.73 |
| 030082-61 SHAW'S 80/20 GR. BEEF 1# | 24.00 | 460.00 | 1.78 | 818.80 |
| 030083-61 SHAW'S 80/20 GR. BEEF 2# | 16.00 | 301.20 | 1.76 | 530.11 |
| 030084-61 SHAW'S 80/20 GR. BEEF 3# | 24.00 | 434.60 | 1.73 | 751.86 |
| 030085-61 SHAW'S 85% GR. ROUND 1# | 600.00 | 11,258.60 | 1.84 | 20,715.82 |
| 030086-61 SHAW'S 85% GR. ROUND 2# | 400.00 | 7,453.80 | 1.84 | 13,714.99 |
| ***************************************************** | | | | |
| 24 | | | | |
| ***************************************************** | | | | |

This product was produced under a comprehensive HACCP plan which is designed to control E coli O157H7 Raw Materials used for production of this ground beef are produced under a HACCP plan which has one or more validated interventions to prevent, reduce, or eliminate E coli O157H7

No invoice deduction or claim will be allowed unless mutually agreed to at time of arrival
**Call (716) 782-2000**

| TOTAL CASES | TOTAL POUNDS | TOTAL AMOUNT DUE | |
|---|---|---|---|
| 1,080.00 | 20,211.00 | | $37,043.31 |

CONFIDENTIAL-ATTORNEYS' EYES ONLY-SUBJECT TO PROTECTIVE ORDER
FAIRBANK007685

# LOADING PLAN CHECKLIST

Date: 9-16-09

Trailer #: ___

ORDER# 30236  PRODUCT Shaws  CARRIER Jun

| # | QNTY | MNTH | DAY | YR | HR | # | QNTY | MNTH | DAY | YR | HR |
|---|------|------|-----|------|----|----|------|------|-----|------|----|
| 1 | 56 | 9 | 14 | 2009 | 16 | 16 | 16 | 9 | 15 | 2009 | 5 |
| 2 | 56 | 9 | 15 | 2009 | 17 | 17 | 24 |  | 15 | 2009 | 13 |
| 3 | 56 |  | 15 | 2009 | 17 | 18 | 56 |  | 14 | 2009 | 13 |
| 4 | 56 |  | 14 | 2009 | 15 | 19 | 64 |  | 14 | 2009 | 14 |
| 5 | 56 |  | 14 | 2009 | 15 | 20 | 32 |  | 14 | 2009 | 10 |
| 6 | 56 |  | 14 | 2009 | 15 | 21 | 24 |  | 14 | 2009 | 14 |
| 7 | 56 |  | 15 | 2009 | 11 | 22 | 56 |  | 14 | 2009 | 13 |
| 8 | 56 |  | 15 | 2009 | 12 | 23 | 56 |  | 14 | 2009 | 16 |
| 9 | 56 |  | 15 | 2009 | 12 | 24 | 56 | 9 | 15 | 2009 | 8 |
| 10 | 56 |  | 14 | 2009 | 16 | 25 |  |  |  | 2009 |  |
| 11 | 56 |  | 14 | 2009 | 14 | 26 |  |  |  | 2009 |  |
| 12 | 16 |  | 15 | 2009 | 10 | 27 |  |  |  | 2009 |  |
| 13 | 24 |  | 15 | 2009 | 9 | 28 |  |  |  | 2009 |  |
| 14 | 30 |  | 14 | 2009 | 17 | 29 |  |  |  | 2009 |  |
| 15 | 10 | 9 | 17 | 2009 | 8 | 30 |  |  |  | 2009 |  |

Loader: Joe  Pallets In: 24  Initials: B

- Have trailer wheels been chocked? SAFETY REQUIREMENT.
- Do the interior walls have cracks, holes, or exposed insulation?
- Are the walls, doors, and floor clean?
- Has the trailer been pre-cooled and set at 26 degrees?
- Are the door seals intact (no light showing through)?
- Ensure that all product is palletized and wrapped.
- Record Product temperature on drawing at right.
- Have driver keep reefer running during loading.
- Where required, place temperature recorder on load.
- Record each pallet Quantity, Month, Day, Year & Hour by product.
- QA Sign off: Butch
- Verify and transfer all required information including COOL to Bill Of Lading.
- Record seals and ensure placement on trailer.
- Obtain additional info. from driver: License number, printed name.
- Distribute and maintain copies of all information.
- Check Chute fastener

COMMENT: _____

### Reefer

| # | | # | |
|---|---|---|---|
| 1 | | 2 32 | |
| 3 | | 4 | |
| 5 | | 6 | |
| 7 | | 8 | |
| 9 | | 10 30 | |
| 11 | | 12 | |
| 13 | | 14 | |
| 15 | | 16 | |
| 17 | | 18 | |
| 19 31 | | 20 | |
| 21 | | 22 | |
| 23 | | 24 | |
| 25 | | 26 | |

Recorder# 3403903816
Seal # 30744
TIME IN 430
TIME OUT 5PM
TRL TEMP 24

I have received my product in good condition

Date: 9-16-09

Revised: 8/31/2009  Document # 60.10

MAYVILLE BOX13 001956

3 PTY DEF 1211