EXHIBIT C



## American Fresh Foods
### "The Best In Fresh ...Ground Beef"

FORMERLY FAIRBANK FARMS, 5151 FAIRBANK ROAD, ASHVILLE, NY 14710
Tel (716) 782-2000 - Fax (716) 782-2900

REMIT TO
BOX #3271
P.O. BOX 8500
PHILADELPHIA, PA
19178-3271

| SHIPPING & INVOICE NO. | 30243 |
|---|---|
| INVOICE DATE | 9/18/2009 |
| CUSTOMER'S ORDER NO. | 63993 |

**SOLD TO**

SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844

**SHIP TO (Same as "Sold To" Unless Indicated)**

SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844
(978) 794-9477

| ACCOUNT NUMBER | SALESMAN | SHIPPED DATE & VIA | PPD | COL | TERMS |
|---|---|---|---|---|---|
| AFA04F1170 | MANAGEMENT | J&M 9/18/2009 | | | NET 7 DAYS |

| PRODUCT DESCRIPTION | QUANTITY CASES | POUNDS | Price | Extension |
|---|---|---|---|---|
| 030085-61 SHAW'S 85% GR. ROUND 1# | 1,200.00 | 22,501.00 | 1.84 | 41,401.84 |

*******************************************************

This product was produced under a comprehensive HACCP plan which is designed to control E coli O157H7 Raw Materials used for production of this ground beef are produced under a HACCP plan which has one or more validated interventions to prevent, reduce, or eliminate E coli O157H7

| No invoice deduction or claim will be allowed unless mutually agreed to at time of arrival Call (716) 782-2000 | TOTAL CASES | TOTAL POUNDS | TOTAL AMOUNT DUE | |
|---|---|---|---|---|
| | 1,200.00 | 22,501.00 | | $41,401.84 |



Please Pay From This Invoice  No Statement Will Be Issued
ORIGINAL INVOICE

MAYVILLE BOX03 001334



AMERICAN FRESH FOODS
FORMERLY FAIRBANK FARMS
5151 FAIRBANK ROAD
ASHVILLE, NY 14710

Bill of Lading Number: 30243
Pickup Date: 9/18/2009

| S O L D T O | SHAW'S SUPERMARKETS, INC.<br>PO BOX 952<br>METHUEN, MA 01844 | S H I P T O | SHAW'S SUPERMARKETS, INC.<br>PO BOX 952<br>METHUEN, MA 01844 |
|---|---|---|---|

| Special Instructions | Shipping Code | Order Date | Purchase Order |
|---|---|---|---|
| J&M | SHAW'S 2 | 9/10/2009 | 63993 |

| Shipped Qty | Shipped Pounds | Product Code | Product Description / Lot Information |
|---|---|---|---|
| 1,200 | 22,501.00 | 030085-61 | SHAW'S 85% GR. ROUND 1# |

Temperatures shall be maintained at 26°F. to 2°F.

TempTale serial # 345480789 8
ON LAST

Location of the TempTale   PALLET

Jom

This product was produced under a
comprehensive HACCP plan which is designed
to control E coli O157H7 Raw Materials used for
production of this ground beef are produced
under a HACCP plan which has one or more
validated interventions to prevent, reduce, or
eliminate E coli O157H7

Product of United States,
Canada, Mexico, Australia,
New Zealand, Uruguay

| Tot Cases | Total lbs | Trac # | Trailer # | Pallets In | Out | Seal |
|---|---|---|---|---|---|---|
| 1,200 | 22,501.00 | | 544 | | 24 | 30999 |
| Trl Temp | Prod Temp | Loader | Driver's Lic # | Instrument # | Chart # | Checker |
| | | | | | | |

Driver Instructions

NO INVOICE DEDUCTION OR CLAIM WILL BE ALLOWED
UNLESS MUTUALLY AGREED TO AT TIME OF ARRIVAL.
CALL    610-277-5010 - PA
          229-584-0420 - GA
          817-322-5807 - TX
          716-782-2000 - NY
Set Trailer Temp at 28 degrees.
Boxes are in good condition

Received By and Date

9/18

MAYVILLE BOX03 001333

ORDER# 30243  PRODUCT Shaws  CARRIER Jtm

| | QNTY | MNTH | DAY | YR | HR | | QNTY | MNTH | DAY | YR | HR |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 37 | 9 | 15 | 2009 | 10 | 16 | 56 | 9 | 15 | 2009 | 12 |
| 2 | 8 | | 14 | 2009 | 8 | 17 | 56 | | | 2009 | 12 |
| 3 | 43 | | 15 | 2009 | 13 | 18 | 56 | | | 2009 | 9 |
| 4 | 45 | | 15 | 2009 | 18 | 19 | 56 | | | 2009 | 9 |
| 5 | 56 | | 16 | 2009 | 15 | 20 | 56 | | | 2009 | 17 |
| 6 | 56 | | | 2009 | 15 | 21 | 56 | | | 2009 | 13 |
| 7 | 56 | | | 2009 | 18 | 22 | 56 | | | 2009 | 13 |
| 8 | 56 | | | 2009 | 16 | 23 | 56 | | | 2009 | 13 |
| 9 | 56 | | | 2009 | 18 | 24 | 56 | 9 | 15 | 2009 | 13 |
| 10 | 56 | | | 2009 | 17 | 25 | | | | 2009 | |
| 11 | 56 | | | 2009 | 15 | 26 | | | | 2009 | |
| 12 | 56 | | | 2009 | 18 | 27 | | | | 2009 | |
| 13 | 5644 | | | 2009 | 19 | 28 | | | | 2009 | |
| 14 | 56 | | 16 | 2009 | 19 | 29 | | | | 2009 | |
| 15 | 15 | 9 | 15 | 2009 | 13 | 30 | | | | 2009 | |

Loader: WADE   Pallets In: 24   Initials

| Reefer | |
|---|---|
| 1  3D | 2 |
| 3 | 4 |
| 5 | 6 |
| 7 | 8 |
| 9 | 10 |
| 11 | 12  31 |
| 13 | 14 |
| 15 | 16 |
| 17 | 18 |
| 19 | 20 |
| 21  32 | 22 |
| 23 | 24 |
| 25 | 26 |

Have trailer wheels been chocked?. SAFETY REQUIREMENT. — TB

Do the interior walls have cracks, holes, or exposed insulation?

Are the walls, doors, and floor clean?

Has the trailer been pre-cooled and set at 26 degrees?

Are the door seals intact (no light showing through)?

Ensure that all product is palletized and wrapped.

Record Product temperature on drawing at right.

Have driver keep reefer running during loading.

Where required, place temperature recorder on load.

Record each pallet Quantity, Month, Day, Year & Hour by product.

QA Sign off   BILL SMITH

Verify and transfer all required information including COOL to Bill Of Lading.

Record seals and ensure placement on trailer.

Obtain additional info. from driver: License number, printed name.

Distribute and maintain copies of all information.

Check Chute fastener — TB

Recorder# 345480789 8
Seal # 30999
TIME IN  7:25
TIME OUT 8:05
TRL TEMP 24
TAD

COMMENT: 502·692·596
Richard Harvey

I have received my product in good condition

MAYVILLE BOX13 001972