EXHIBIT 7



# American Fresh Foods
### "The Best In Fresh ...Ground Beef"

FORMERLY FAIRBANK FARMS, 5151 FAIRBANK ROAD, ASHVILLE, NY 14710
Tel (716) 782-2000 - Fax (716) 782-2900

REMIT TO
BOX #3271
P.O. BOX 8500
PHILADELPHIA, PA
19178-3271

| SHIPPING & INVOICE NO. | 30243 |
|---|---|
| INVOICE DATE | 9/18/2009 |
| CUSTOMER'S ORDER NO. | 63993 |

**SOLD TO**
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844

**SHIP TO (Same as "Sold To" Unless Indicated)**
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844
(978) 794-9477

| ACCOUNT NUMBER | SALESMAN | SHIPPED DATE & VIA | PPD | COL | TERMS |
|---|---|---|---|---|---|
| AFA04F1170 | MANAGEMENT | J&M 9/18/2009 | | | NET 7 DAYS |

| PRODUCT DESCRIPTION | QUANTITY CASES | POUNDS | Price | Extension |
|---|---|---|---|---|
| 030085-61 SHAW'S 85% GR. ROUND 1# | 1,200.00 | 22,501.00 | 1.84 | 41,401.84 |
| ************************************************ | | | | |

This product was produced under a comprehensive HACCP plan which is designed to control E. coli O157H7. Raw Materials used for production of this ground beef are produced under a HACCP plan which has one or more validated interventions to prevent, reduce, or eliminate E. coli O157H7

| No invoice deduction or claim will be allowed unless mutually agreed to at time of arrival Call (716) 782-2000 | TOTAL CASES 1,200.00 | TOTAL POUNDS 22,501.00 | TOTAL AMOUNT DUE | $41,401.84 |
|---|---|---|---|---|



Please Pay From This Invoice No Statement Will Be Issued
ORIGINAL INVOICE

MAYVILLE BOX03 001334