

**American Fresh Foods**
*"The Best In Fresh ... Ground Beef"*

FORMERLY FAIRBANK FARMS, 5151 FAIRBANK ROAD, ASHVILLE, NY 14710
Tel (716) 782-2000 - Fax (716) 782-2900

REMIT TO
BOX #3271
P.O. BOX 8500
PHILADELPHIA, PA
19178-3271

| SHIPPING & INVOICE NO. | 30881 |
|---|---|
| INVOICE DATE: | 9/22/2009 |
| CUSTOMER'S ORDER NO. | 66361 |

**SOLD TO**
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844

**SHIP TO** (Same as "Sold To" Unless Indicated)
SHAW'S SUPERMARKETS, INC.
PO BOX 952
METHUEN, MA 01844
(978) 794-9477

| ACCOUNT NUMBER | SALESMAN | SHIPPED DATE & VIA | PPD | COL | TERMS |
|---|---|---|---|---|---|
| AFA04F1170 | MANAGEMENT | J&M 9/22/2009 | | | NET 7 DAYS |

| PRODUCT DESCRIPTION | QUANTITY CASES | POUNDS | Price | Extension |
|---|---|---|---|---|
| 030085-61 SHAW'S 85% GR. ROUND 1# | 300.00 | 5,619.00 | 1.94 | 10,900.86 |
| 030086-61 SHAW'S 85% GR. ROUND 2# | 400.00 | 7,570.00 | 1.92 | 14,534.40 |
| 030118-61 SHAW'S 85% GR. ROUND 3# | 600.00 | 10,759.00 | 1.89 | 20,334.51 |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
26
\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

This product was produced under a comprehensive HACCP plan which is designed to control E coli O157H7 Raw Materials used for production of this ground beef are produced under a HACCP plan which has one or more validated interventions to prevent, reduce, or eliminate E coli O157H7

No invoice deduction or claim will be allowed unless mutually agreed to at time of arrival
Call (716) 782-2000

| TOTAL CASES | TOTAL POUNDS | TOTAL AMOUNT DUE |
|---|---|---|
| 1,300.00 | 23,948.00 | $45,769.77 |

CONFIDENTIAL - PROPRIETARY BUSINESS INFORMATION
CONFIDENTIAL - ATTORNEYS' EYES ONLY
FAIRBANK-004245